## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:23-cv-02295-KES                                                      Date: March 11, 2024

Title:  Ameris Bank v. G and F Trucking TN LLC et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendants

Plaintiff Ameris Bank ("Plaintiff") filed this action on December 6, 2023.  (Dkt. 1.)  Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed.  Although that 90-day deadline expired on March 5, 2024, Plaintiff has not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before March 18, 2024**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant(s).

Initials of Deputy Clerk <u>JD</u>